UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY ROBERT MCKEE,<br><br>                Petitioner,<br><br>   v.<br><br>JAMES KEY,<br><br>                Respondent. | CASE NO. 2:16-cv-1670 JCC<br><br>**ORDER GRANTING MOTION LIFTING STAY AND GRANTING BRIEFING SCHEDULE** |

Before the Court is the petitioner's motion to lift the stay of this habeas proceeding. Dkt. 17. Counsel for petitioner advises that petitioner's state court proceedings are complete and requests the Court enter a briefing schedule allowing petition an additional 31 days in which to prepare an amended petition. Respondent does not oppose the petitioner's request. *Id.*

Accordingly, it is **ORDERED:**

(1) Petitioner's motion (Dkt. 17) is **GRANTED;** Petitioner shall file his amended petition by **January 8, 2018.**

(2) Within *45 days* of being served, Respondent shall file and serve either an answer or other response such as a dispositive motion or a motion to stay proceedings. An answer must conform with Rule 5 of the Rules Governing Section 2254 Cases, and also indicate whether an

ORDER GRANTING MOTION LIFTING
STAY AND GRANTING BRIEFING
SCHEDULE - 1

evidentiary hearing is necessary. Respondent must note the answer or other response for the court's consideration on the fourth Friday after filing.

(3) Petitioner's response to Respondent's answer or other response must be filed and served no later than the Monday immediately before the Friday designated for consideration of the matter. Respondent's reply must be filed no later than the Friday designated for consideration of the matter.

(4) The Clerk is directed to send a copy of this Order to the parties and to the Honorable John C. Coughenour.

DATED this 15th day of December, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge