UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY ROBERT MCKEE,<br><br>                    Petitioner,<br><br>   v.<br><br>JAMES KEY,<br><br>                    Respondent. | CASE NO. 2:16-cv-1670 JCC<br><br>**ORDER GRANTING MOTION TO FILE AMENDED PETITION** |

Before the Court is the petitioner's motion to file an amended petition for writ of habeas corpus. Dkt. 19. Accordingly, it is **ORDERED**:

(1) Plaintiff's motion to file an amended petition (Dkt. 19) is **GRANTED**.

(2) The Clerk shall docket the amended petition for writ of habeas corpus attached to petitioner's motion, with attached exhibits.

(3) Within *45 days*, Respondent shall file and serve either an answer or other response such as a dispositive motion or a motion to stay proceedings. An answer must conform with Rule 5 of the Rules Governing Section 2254 Cases, and also indicate whether an evidentiary hearing is necessary. Respondent must note the answer or other response for the court's consideration on the fourth Friday after filing.

ORDER GRANTING MOTION TO FILE
AMENDED PETITION - 1

(4)     Petitioner's response to Respondent's answer or other response must be filed and served no later than the Monday immediately before the Friday designated for consideration of the matter.  Respondent's reply must be filed no later than the Friday designated for consideration of the matter.

DATED this 22nd day of January, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO FILE
AMENDED PETITION - 2